UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Ricky Lozada
8:12-cr-00186-VMC-AEP

| **Date**: April 28, 2026 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:09 PM – 2:40 PM \| Total: 31 mins | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Courtney Derry, AUSA | Ashley Allen, AFPD |

| **Initial Appearance-VOSR Hearing/Preliminary Hearing/Detention Hearing** |
|---|

Defendant present with counsel.

Arrest Date: 04/24/2026

Defendant advised of rights and charges.

Oral motion for counsel by defendant. Court places Defendant under oath and inquires as to Defendant's financial status. Court finds that Defendant qualifies for the appointment of counsel. AFPD appointed.

Proceedings conducted pursuant to Rule 32.1

Preliminary hearing held. Officer Christina Gomez sworn and testified.

Defense cross-examines witness.

Court finds probable cause that Defendant violated the terms of his supervised release.

Government seeks detention.

Defendant seeks release.

For the reasons stated on the record, Court orders defendant detained.

Due process oral order given.

Government directed to produce discovery at least 5 days before final hearing.

Oral motion for medical order by Defendant.

Court in recess.