UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.: 8:12-cr-005186-VMC-AEP

RICKY LOZADA

_____/

## MEDICAL ATTENTION ORDER

Defendant Ricky Lozada is in the custody of the United States Marshal.  The

Court has been advised that he is in need of mental health treatment while in custody.

It is therefore **ORDERED** that Defendant immediately be evaluated and

appropriately treated at his place of incarceration and that he receive all prescribed

medications unless discontinued by a physician.

**ORDERED** in Tampa, Florida, on April 28, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
USMS