UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No.: 8:12-cr-00186-VMC-AEP

RICKY LOZADA

_____/

## REPORT ON INITIAL APPEARANCE
## FOR VIOLATION OF SUPERVISED RELEASE

The Court held an Initial Appearance relating to allegations that the Defendant violated the conditions of his supervised release.

Following a preliminary hearing, the Court found probable cause to believe a violation occurred. *See* Fed. R. Crim. P. 32.1(b)(1).

Following a detention hearing, and after considering the factors in 18 U.S.C. § 3142(g), the Court found that the Defendant failed to demonstrate by clear and convincing evidence that he was neither a flight risk nor a danger to the community. *See* Fed. R. Crim. P. 32.1(a)(6).

It is therefore ordered that:

1.  The Clerk of the Court shall schedule the final revocation hearing before the Honorable Virginia M. Hernandez Covington.

2.  The Defendant shall be **DETAINED**, pending further proceedings.

3.  The Government shall produce for inspection and copying any appropriate discovery which the Government intends to use at the final revocation

hearing, as well as any exculpatory evidence pursuant to *Brady v. Maryland* and its progeny, at least five days prior to the final hearing.

**ORDERED** in Tampa, Florida, on April 28, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

2