AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

| Middle | District of | Florida |

United States of America
v.

Ricky Lozada
*Defendant*

)
)
)
)
)
)
)

Case No.    8:12-cr-00186-VMC-AEP

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Ricky Lozada                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date:  NOV - 8 2022

_____
*Issuing officer's signature*

City and state:    Tampa, Florida

Elizabeth Warren, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)*  11/8/22  , and the person was arrested on *(date)*  4/24/2026
at *(city and state)*  Hillsborough County, FL  .

Date:  4/24/26

_____
*Arresting officer's signature*

J.R. Kinsey    DUSM
*Printed name and title*