**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                    **Case No. 8:12-cr-00186-VMC-AEP**

**RICKY LOZADA.**
_____/

**UNOPPOSED MOTION TO CONTINUE**
**FINAL REVOCATION HEARING**

The Defendant, Ricky Lozada, through undersigned counsel and pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing currently scheduled for May 19, 2026, by one month (30 days). As grounds in support thereof, Mr. Lozada states the following:

1. On April 28, 2026, Mr. Lozada was charged with alleged violations of the conditions of his supervised release and made his initial appearance on the petition. Doc. 81. The Federal Defender's office was appointed, and Mr. Lozada was detained pending final revocation hearing. Doc. 81.

2. This is the first continuance requested in this matter.

3. This matter is currently set for a final revocation hearing of supervised release on May 19, 2026, before Honorable Judge Charlene Edwards Honeywell. Doc. 85.

4. Defense is respectfully seeking another 30 days-continuance (one month) so that counsel can receive discovery and other potential mitigating information prior to the hearing.

5. Undersigned has consulted with AUSA Christopher Murray, who does not oppose this request for the defendant to prepare his defense.

6. Mr. Lozada has no objection to this motion.

**<u>MEMORANDUM OF LAW</u>**

Federal Rule of Criminal Procedure Rule 32.1(b)(2) states that "the court must hold the revocation hearing within a reasonable time." Additionally, Local Rule 3.08 and Federal Rule of Criminal Procedure 32(b)(2) provide that a continuance may be allowed by order of the Court for good cause. Defense counsel submits that the above referenced reasons are good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Ricky Lozada, respectfully moves this Honorable Court to enter an Order rescheduling the final revocation hearing currently scheduled for May 19, 2026, by 30 days (one month).

DATED this 8th day of May 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Cristopher Murray, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender

4