UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:12-cr-186-VMC-AEP

RICKY LOZADA

### GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called at the defendant's final revocation hearing:

1. Kevin Reich, Hillsborough County Sheriff's Office

2. David Moon

3. Nathan Zeuri, Hillsborough County Fire and Rescue

4. Christina Gomez, United States Probation

The United States reserves the right to call additional witnesses during the final revocation hearing in this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Christopher F. Murray*
      Christopher F. Murray
      Assistant United States Attorney
      United States Attorney No. 095
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: christopher.murray@usdoj.gov

2

**U.S. v. Ricky Lozada**                               **Case No. 8:12-cr-186-VMC-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Ryan McGuire, Esq.


/s/ *Christopher F. Murray*
Christopher F. Murray
Assistant United States Attorney
United States Attorney No. 095
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: christopher.murray@usdoj.gov