UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,                Case No. 8:12-cr-186-VMC-AEP

       Plaintiff,       ☐
       Government      ☒       ☐ Evidentiary
                                         ☐ Trial
                                       ☒ Other

  v.

RICKY LOZADA

       Defendant      ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Judgment in case no. 22-CM-010133-A (Battery) |
| 2 | | | | Judgment in case no. 22-CF-014898-A (Felon-in-Possession of Firearm) |
| 3 | | | | Photograph (AK pistol next to door at fire station) |
| 4 | | | | Photograph (sign outside of fire station) |
| 5 | | | | Photograph (AK pistol) |
| 6 | | | | Photograph (close up of AK pistol showing made, model, and specifications) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |