UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO.: | 8:12-cr-186-VMC-AEP | DATE: | July 10, 2026 |
|---|---|---|---|
| HONORABLE VIRGINIA M. HERANNDEZ COVINGTON | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**RICKY LOZADA** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL<br>Christopher Murray, AUSA | |
| | | DEFENSE COUNSEL<br>Ryan Maguire, APFD | |
| COURT REPORTER: Lori Cecil Vollmer | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 11:02 a.m.–12:04 p.m. | TOTAL: 1 hour, 2 minutes | PROBATION: | Christina Gomez |
| | | COURTROOM: | 14B |

**PROCEEDINGS: FINAL REVOCATION HEARING — VIOLATION OF SUPERVISED RELEASE**

The May 18, 2026, superseding petition (Doc. 90) alleges **two** violations.

The defendant admits to Violations One and Two and is **ADJUDICATED GUILTY** of these violations.

The United States addresses the Court.

Defense counsel addresses the Court.

The defendant addresses the Court.

Charlene Rivera addresses the Court on behalf of the defendant.

SUPERVISED RELEASE: **REVOKED**

IMPRISONMENT: **Eight months**

SUPERVISED RELEASE (new term): **Two years**

Special Conditions:
1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.
2. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of services not to exceed an amount determined reasonable to by Probation Office's Sliding Scale for Mental Health Treatment Services.
3. The defendant must adhere to a medication regimen prescribed by a Licensed Mental Health Professional, if such is recommended.

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant is advised of his right to appeal and to counsel on appeal.